JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca, | Case No. 2:14-cv-02887-MWF-AJW |
| Plaintiff, | |
| v. | **Order re: Joint Stipulation for Dismissal** |
| Lakewood Pancakes, Inc. dba IHOP #714; Macerich Lakewood, LLC, | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendant Macerich Lakewood, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to **all** parties.

Dated: July 15, 2014

_____
United States District Judge